ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 DEC 18 P 1:09
CLERK J. Barton

| | |
|---|---|
| ANGEL HEALD, Individually as the Child ) of Wesley C. Brower and as Personal ) Representative of the Estate of Wesley ) C. Brower, Deceased, ) ) Plaintiff, ) ) v. ) ) HILL-ROM COMPANY, INC., ) ) Defendant. ) | CV 105-187 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's answer is **STRICKEN**, a **JUDGMENT BY DEFAULT** as to liability shall be entered against Defendant, and this case will be set for trial as to damages only.

SO ORDERED this 18th day of December, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE